NOT  DESIGNATED  FOR  PUBLICATION

STATE OF LOUISIANA
COURT OF APPEAL, THIRD CIRCUIT
P.O. Box 16577
Lake Charles LA 70616
(337) 433-9403

Antonio Scoggins
David Wade Corr. Center DOC No. 573046
670 Bell Hill Road
Homer LA 71040-2150

REHEARING ACTION: March 25, 2015

**Docket Number: 14   00853-KH**

**STATE OF LOUISIANA
VERSUS
ANTONIO SCOGGINS**

**Writ Application from Calcasieu Parish Case No. 14498-07**

**BEFORE JUDGES:**

Hon. Jimmie C. Peters
Hon. James T. Genovese
Hon. John E. Conery

As counsel of record in the captioned case, you are hereby notified that the application

for rehearing filed by **Antonio Scoggins** has this day been

**DENIED.**

cc: John Foster DeRosier, Counsel for  the Respondent